IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF TENNESSEE

_____ DIVISION

Samuel G. Dorsey ) RECEIVED
_____ )
_____ ) DEC 29 2010
_____ )
PLAINTIFF(S) ) U.S. DISTRICT COURT
 ) MIDDLE DISTRICT OF TENN.
 )
vs. ) CIVIL ACTION NO._____
 )
Metropolitan Government of Nashville & Davidson )
County, )
Correct Care Solutions )
DEFENDANT(S) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER

42 U.S.C. §1983

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes___ NO ✓

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1. Parties to this previous lawsuit

        Plaintiffs: _____

Defendants: _____

_____

2. Court (if federal court, name the district, if state court, name the county):

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present confinement <u>Davidson County sheriff's office</u>

A. Is there a prisoner grievance procedure in this institution? YES ✓    NO ____

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ✓    NO ____

C. If your answer is Yes:

1. What steps did you take?: <u>I put a grievance in on the nurse practitioner, explain the conversation we had and informed on the grievance that she disregarded everything I told her about my knee and me reinjuring my knee</u>

2. What was the result? <u>I didn't never get a response so no action was taken and my grievance is unsustain</u>

D. If your answer is No, explain why not: _____

III. Parties

(In Item B below, place the full name of the defendant in the blank marked B his official position and place of employment. In Item A, place your full name and address. Do the same for additional plaintiffs, if any).

A. Name of Plaintiff <u>Samuel G. Dorsey</u>

Address <u>448 2nd Ave North, Nashville, TN, 37201</u>

2

B. Defendant **Correct Care Solutions** is employed as **Health care provider** at **Davidson County sheriff's office**

C. Additional Defendants: **Metropolitan Government of Nashville and Davidson County**

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

(1) Correct Care Solutions, on 11-27-10 I was called to the clinic for sick-call to get some pain Meds for my left injured knee that happen on 11-9-10. I was put on crutches on 11-9-10. On 11-27-10 my left knee hadn't got any better and the pain Med that I was taking ran out. I was seen by the nurse practitioner who told me that she was going to take me off the crutches that day. I informed her that I needed them and I can't walk or even stretch my leg out to full length. I told her that it feel like it's going to pop out of place and I can feel the pain all the way in my foot. She informed me that she didn't care and she is going to take them anyway. 2nd shift came on and Sgt Allgood took my crutches and they move me from the third floor back to the 5th floor. By me trying to walk without crutches I reinjured my knee on the 5th floor twisting my knee and hitting my head and right shoulder against the wall and causing my injury to become worse! Due to taking my crutches before time. C.C.S. for hiring inadequate Medical staff. C.C.S nurse practitioner had a hostile attitude toward me and the bad judgment by C.C.S Medical personnel. C.C.S care is extremely bad, And I informed the nurse practitioner that my Medical need for the crutches was serious but she disregarded it

3

(2) Metropoliton Government for having a contract with an extremely inadequate Health care provider who disregarded the seriousness my injury and any injury that I had and thinking Tylenol is a cure for everything. And has fail to provid a adequate Health care provider. And Metro Government for inadequate officers who took my crutches and Sgt Allgood knew that I couldn't walk and he stated he didn't care and he is going to take my crutches! I am a pre-trail detainee and the Doctor Dr. Miller have put me back on crutches cause the x-ray that was done on 11-29-10 show that they is swolling on the knee and my afielber over on back

V. **Relief sought:**

1. Compensated by C.C.S for physical pain and injury cause by their Medical staff taking my crutches. Compensated for Mental anguish and personal humiliation and psychological and emotional distress

2. Compensated by C.C.S for it Medical staff violated my Constitutional rights and for my suffering

3. Further Medical examination and treatment of my injurie. Disability Due to C.C.S Medical staff disregard to my health and I believe the injury permanent

4. Compensated by Metro Government for contracting inadequate Health care provider

5. Compensated by Metro Government for C.C.S Medical staff that it's contract with exposure of me to a conditions that pose an unreasonable risk of serious damage to my future health

(We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of _____, 20_____

*Samuel Gregory Dorsey*

_____

Signature(s) of Plaintiff(s)

4

Correct Care Solutions (C.C.S) Medical staff took my crutches before I even had an x-ray to look at the problem with my knee to see the seriousness of my injury to see if it was even time to take me off crutches or not.. And casuing me to further injured my right shoulder/arm by hitting it against the wall when I was attempting to try and walk.. Metropolitan Government of Nashville and Davidson County for not providing an adequate Medical care provider who don't have an adequate system for identifying inmates/pre-trail detainee. with Medical needs and make sure that they are diagnosed and treated. Deficiencies in procedures which make unnecessary suffering inevitable.